USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/24/12

DOLINGER, MS.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE CELESTICA INC. SECURITIES
LITIGATION

C.A. No. 07-CV-00312 (GBD)(MHD)

W

## ~~[PROPOSED]~~ ORDER GRANTING LETTERS ROGATORY

**WHEREAS** Drywall Acoustic Lathing and Insulation Local 675 Pension Fund ("DALI") is a Lead Plaintiff in this Action;

**WHEREAS** Defendants maintain that documents and deposition testimony concerning DALI's investment decisions in Celestica securities are relevant to this litigation;

**WHEREAS** Defendants seek documents and deposition testimony concerning DALI's investment decisions in Celestica securities;

**WHEREAS** DALI's investment decisions were managed by Cecilia Wong and Leith Wheeler Investment Counsel Ltd. ("Leith Wheeler");

**WHEREAS** Leith Wheeler and Cecilia Wong are located at 400 Burrard St. Suite 1500, Vancouver, British Columbia V6C 3A6, Canada;

**WHEREAS** Defendants are unable to obtain the documents or testimony sought by any other method;

**WHEREAS** Defendants maintain that the documents of Leith Wheeler and the testimony of Cecilia Wong of the Province of British Columbia, Canada, are necessary, material and relevant to the subject matter of the above-referenced case;

**WHEREAS** Lead Plaintiffs do not object to the issuance of the letters rogatory attached herein as Exhibit 1 and reserve all other rights in the matter;

It is hereby **ORDERED** that Defendants' request for the issuance of the letters rogatory attached herein as Exhibit 1 is granted.

Dated: New York, New York
October 2**3**, 2012

Honorable Michael H. Dolinger
United States Magistrate Judge