# PSJ 5

```
         UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK


                         Case No. 07-CV-00312-GBD
                                               :
                                               :
                                               :
                                               :
                                               :
                                               :
                                               :
                                               :
 IN RE:   CELESTICA INC. SECURITIES            :
 LITIGATION,                                   :
                                               :
                                               :
                                               :
                                               :
                                               :
                                               :
                                               :

      ------------------------------------
                    VIDEOTAPED
       DEPOSITION UNDER ORAL EXAMINATION OF:
             ANTONIO FERNANDEZ-STOLL
                January 29, 2013

                    -----------
       REPORTED BY:  JENNIFER L. WIELAGE, CCR
                   ------------
```

```
 1  ████████████████    ████████████████████████████
 2  ██████████████████████████████████████████████████
 3         ███      ████
 4         ███      █████████████████████████████
 5  ████
 6         ███      ████████████████████████
 7  ██████
 8         ███      ████████████████████████
 9         ███      ██████████████████
10         ███      ██████████████████████████████
11  ████████████████████████████████████████████████
12         ██       ███
13         ███      ███████████████████████████████
14  ████████████████████████████████
15         ███      ████████████████████████████
16  ██████████
17         ███      ██████  ████████████████████████
18  █████████████████
19         ██       ███
20         ███      █████████████████████████████
21  ██████  ██████████████████████████████████████████
22  ████████████████████████
23              What is CMX?
24       A.     Mexico, Celestica Mexico.
25       Q.     Is it specifically the Monterrey
```

facility?

A. Yes.

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]