# PSJ 10

# This Document Has Been Filed Conditionally Under Seal