# PSJ 63

[Page 1]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CELESTICA, INC. ) | |
| ) | Civil Action No. |
| SECURITIES LITIGATION ) | 07-CV-00312 GBD |
| ) | (MHD) |
| _____ ) | |

VIDEOTAPED DEPOSITION OF THOMAS PORTER

New York, New York

Thursday, September 26, 2013

Reported by:

PATRICIA A. BIDONDE, RPR

```
                                               [Page 17]
 1                    T. Porter
 2         Q.    And how were you able to reach
 3   that conclusion?
 4         A.    Based on my experience and my
 5   knowledge and background, I know that in order
 6   to express an opinion about an entity as a
 7   whole, you need to examine documents about the
 8   entity as a whole.  And he had focused almost
 9   exclusively on just a piece of Celestica.
10         Q.    Are you offering an opinion about
11   materiality?
12         A.    No.
13         Q.    Do you have any opinion one way
14   or the other about the materiality of the
15   allegations in this case?
16         A.    What do you mean by materiality
17   of the allegations?
18         Q.    Do you have any opinion one way
19   or the other about the materiality of the
20   false statements alleged in this case?
21         A.    I have no opinion one way or the
22   other.
23         Q.    You testified earlier that
24   Mr. Regan, "Focused almost exclusively on just
25   a piece of Celestica."
```