USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 21 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

In re Celestica Inc. Securities Litig.

------------------------------------ x

ORDER

07 Civ. 00312 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiffs' motion under Fed. R. Civ. P. 23 to certify a securities fraud class action, that includes as class members foreign persons or entities who purchased Celestica common stock in Canada on the Toronto Stock Exchange ("TSX"), is DENIED as precluded by Robert Morrison v. Nat'l Bank Ltd., 130 S. Ct. 2869, 2887 (2010) ("Like the United States, foreign countries regulate their domestic securities exchanges and securities transactions occurring within their territorial jurisdiction.").

Dated: New York, New York
February 20, 2014

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge