UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
                                         :
                                         :   Civil Action No.: 07-CV-00312-GBD
                                         :
IN RE CELESTICA INC. SEC. LITIG.         :   (ECF CASE)
                                         :
                                         :   Hon. George B. Daniels
                                         :
                                         :
---------------------------------------- x

**DECLARATION OF JOSEPH A. FONTI IN SUPPORT OF
LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Joseph A. Fonti, Esq., declares as follows pursuant to 28 U.S.C. §1746:

1. I am a member of the law firm of Labaton Sucharow LLP. I submit this declaration in support of Lead Plaintiffs' Notice of Motion for Class Certification

2. Annexed hereto are true and correct copies of the following documents identified as Plaintiffs Exhibits ("PX") in the accompanying Lead Plaintiffs' Memorandum of Law in Support of their Motion for Class Certification, filed herewith:

| Exhibit | Description |
|---|---|
| PX A | Expert Report of Chad Coffman, CFA, dated June 14, 2013, with annexed exhibits. |
| PX B-1 | Excerpt of the deposition transcript of William Etherington, dated December 7, 2012 |
| PX B-2 | Excerpt of the deposition transcript of Anthony Puppi, dated April 12, 2013 |
| PX B-3 | Excerpt of the deposition transcript of Frank Binder, dated March 13, 2013 |
| PX B-4 | Excerpt of the deposition transcript of Antonio Fernandez-Stoll, dated January 29, 2013 |
| PX B-5 | Excerpt of the deposition transcript of Anthony Puppi, dated April 12, 2013 |
| PX B-6 | Excerpt of the deposition transcript of Stephen Delaney, dated April 30, 2013 |

| Exhibit | Description |
|---|---|
| PX B-7 | Excerpt of the deposition transcript of Gerald Schwartz, dated March 21, 2013 |
| PX B-8 | Excerpt of the deposition transcript of Robert Crandall, dated December 4, 2012 and May 15, 2013 |
| PX B-9 | Excerpt of the deposition transcript of Gerald Schwartz, dated March 21, 2013 |
| PX C-1 | November 30, 2004 Email from the Senior V.P. of Celestica's Global Customer Business Units (Nate Kawaye) to Celestica's President of the Americas (Michael Homer), Bates No. CEL00028966 |
| PX C-2 | Exhibit 3 of the December 4, 2012 and May 15, 2013 Deposition of Robert Crandall, Bates No. CEL00046744 |
| PX C-3 | Exhibit 11 of the March 13, 2013 Deposition of Frank Binder, Bates No. CEL00259635 |
| PX C-4 | Exhibit 2 of the Deposition of Frank Binder, Bates No. CEL00047251 |
| PX C-5 | Exhibit 38 of the June 4, 2013 Deposition of Peter Bar, Bates Nos. CEL00220294 and 295 |
| PX C-6 | Exhibit 2 of the Deposition of Robert Crandall, Bates Nos. CEL00068508 and 510 |
| PX C-7 | Exhibit 16 of the April 30, 2013 Deposition of Stephen Delaney, Bates No. CEL0008845 |
| PX C-8 | Exhibit 1 of the Deposition of Frank Binder, Bates No. CEL00056960 |
| PX C-9 | Exhibit 7 of the Deposition of Frank Binder, Bates No. CEL00047549 |
| PX C-10 | Exhibit 15 of the January 9, 2013 Deposition of Paul Nicoletti, Bates No. CEL00035206 |
| PX C-11 | Exhibit 13 of the Deposition of Robert Crandall, Bates Nos. CEL00057780 and 781 |
| PX C-12 | Exhibit 6 of the Deposition of Robert Crandall, Bates Nos. CEL00061723 and 724 |
| PX C-13 | Exhibit 3 of the April 23, 2013 Deposition of Michael Homer, Bates No. CEL00078843 |
| PX C-14 | Exhibit 27 of the April 12, 2013 Deposition of Anthony Puppi, Bates Nos. CEL00061353 and 355 |
| PX C-15 | Exhibit 12 of the Deposition of Frank Binder, Bates No. CEL00218573 |
| PX C-16 | Exhibit 15 of the Deposition of Frank Binder, Bates No. CEL00023183 |
| PX C-17 | Exhibit 1 of the Deposition of Robert Crandall, Bates No. CEL00047797 |
| PX C-18 | Exhibit 44 of the Deposition of Stephen Delaney, Bates No. CEL00047423 |
| PX C-19 | Exhibit 48 of the Deposition of Stephen Delaney, Bates No. CEL00102382 |
| PX C-20 | Exhibit 46 of the Deposition of Stephen Delaney, Bates No. CEL00109022 |
| PX C-21 | Exhibit 47 of the Deposition of Stephen Delaney, Bates Nos. CEL00396427 and 429 |

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER

| Exhibit | Description |
|---|---|
| PX C-22 | Exhibit 5 of the April 5, 2013 Deposition of John Boucher, Bates No. CEL00345178 |
| PX C-23 | Exhibit 7 of the January 9, 2013 Deposition of Paul Nicoletti, Bates No. CEL00091891 |
| PX D | Labaton Sucharow LLP firm resume |

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 28, 2013.

_____
JOSEPH A. FONTI

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: Civil Action No.: 07-CV-00312-GBD
:
IN RE CELESTICA INC. SEC. LITIG. : (ECF CASE)
:
: Hon. George B. Daniels
:
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on June 28, 2013, I caused to be served upon the following, by electronic mail, a true copy of the Declaration of Joseph A. Fonti In Support of Lead Plaintiffs' Motion for Class Certification.

Phillip A. Geraci, Esq (phillip.geraci@kayescholer.com)
Kaye Scholer
425 Park Avenue
New York, NY 10022-3598
United States

Dated: June 28, 2013

Joseph A. Fonti