**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————— x
       :
       :
       :   Civil Action No.:  07-CV-00312-GBD
       :
IN RE CELESTICA INC. SEC. LITIG.   :   (ECF CASE)
       :
       :   Hon. George B. Daniels
       :
       :
———————————————————— x

## DECLARATION OF JOSEPH A. FONTI IN SUPPORT OF LEAD PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Joseph A. Fonti, Esq., declares as follows pursuant to 28 U.S.C. § 1746:

1.   I am a member of the law firm of Labaton Sucharow LLP.  I submit this declaration in support of Lead Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment.

2.   Annexed hereto are true and correct copies of the following documents identified as Plaintiffs Exhibits ("POSJ") in the accompanying Lead Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment, filed herewith:[1]

---

[1] Pursuant ot the Stipulated Protective Order (ECF No. 93), all "confidential" documents filed herein have been filed conditionally under seal.

| Exhibit | Description |
|---------|-------------|
| POSJ 1 | Exhibit 2 to the Deposition of Paul Nicoletti, CEL00051816 |
| POSJ 2 | CEL00063661 |
| POSJ 3 | CEL00054202 |
| POSJ 4 | CEL00375782 |
| POSJ 5 | CEL00028966 |
| POSJ 6 | CEL00029193 |
| POSJ 7 | CEL00029178 |
| POSJ 8 | Exhibit 3 to the Deposition of Robert Crandall, CEL00046744 |
| POSJ 9 | Exhibit 11 to the Deposition of Frank Binder, CEL00259635 |
| POSJ 10 | Excerpts from the March 13, 2013 Deposition of Frank Binder |
| POSJ 11 | Excerpts from the April 12, 2013 Deposition of Anthony Puppi |
| POSJ 12 | Exhibit 42 to the Deposition of Anthony Puppi, CEL00046743 |

| Exhibit | Description |
|---------|-------------|
| POSJ 13 | CEL00424608 |
| POSJ 14 | CEL00211136 |
| POSJ 15 | Exhibit 28 to the Deposition of Richard Burden,  CEL00026950 |
| POSJ 16 | CEL00417912 attaching CEL00417914 |
| POSJ 17 | Exhibit 1 to the Deposition of Stephen Delaney, CEL00006407 |
| POSJ 18 | Exhibit 2 to the Deposition of Stephen Delaney, CEL00008584 |
| POSJ 19 | Excerpts from the December 7, 2012 Deposition of William Etherington |
| POSJ 20 | Excerpts from the December 4, 2012 Deposition of Robert Crandall |
| POSJ 21 | Exhibit 2 to the Deposition of Michael Homer, CEL00052350 |
| POSJ 22 | CEL00074737 |

| Exhibit | Description |
|---|---|
| POSJ 23 | CEL00028585 |
| POSJ 24 | CEL00040174 and attachment CEL00040177 |
| POSJ 25 | CEL00075026 |
| POSJ 26 | Exhibit 3 to the Deposition of Stephen Delaney, CEL00008622 |
| POSJ 27 | Excerpted Exhibit 4 to the Deposition of Stephen Delaney, CEL00006489 |
| POSJ 28 | CEL00075527 |
| POSJ 29 | Exhibit 6 to the Deposition of Stephen Delaney, CEL00008654 |
| POSJ 30 | Exhibit 46 to the Deposition of Anthony Puppi, CEL00052637 |
| POSJ 31 | CEL00007090 |

| Exhibit | Description |
|---------|-------------|
| POSJ 32 | Excerpts from the April 23, 2013 Deposition of Michael Homer |
| POSJ 33 | CEL00076091 |
| POSJ 34 | CEL00076100 |
| POSJ 35 | CEL00065831 |
| POSJ 36 | Selected Exhibits from the Expert Report of Robert G. Freid, dated June 26, 2013 |
| POSJ 37 | Excerpted Expert Report of Robert G. Freid, dated June 26, 2013 |
| POSJ 38 | CEL00056265 |
| POSJ 39 | Exhibit 6 to the Deposition of Alcatel Lucent, ALCATEL-LUCENT000358 |
| POSJ 40 | Exhibit 2 to the Deposition of Avaya, AVAYA000189 |

| Exhibit | Description |
|---------|-------------|
| POSJ 41 | CEL00066076 |
| POSJ 42 | CEL00066082 |
| POSJ 43 | CEL00050848 and attachment CEL00050849 |
| POSJ 44 | CEL00282879 |
| POSJ 45 | CEL00190159 |
| POSJ 46 | CEL00190160 |
| POSJ 47 | Exhibit 8 to the Deposition of Stephen Delaney, CEL00008675 |
| POSJ 48 | Exhibit 1 to the Deposition of William Etherington, CEL00077093 |
| POSJ 49 | CEL00007561 |

| Exhibit | Description |
|---|---|
| POSJ 50 | CEL00077293 |
| POSJ 51 | CEL00077846 |
| POSJ 52 | CEL00077914 |
| POSJ 53 | Exhibit 2 to the Deposition of Peter Bar, CEL00024176 |
| POSJ 54 | Exhibit 3 to the Deposition of Antonio Fernandez-Stoll, CEL00046661 |
| POSJ 55 | Excerpts from the January 29, 2013 Deposition of Antonio Fernandez-Stoll |
| POSJ 56 | Exhibit 9 to the Deposition of Stephen Delaney, CEL00008706 |
| POSJ 57 | Exhibit 10 to the Deposition of Stephen Delaney, CEL00114235 |
| POSJ 58 | Excerpts from the April 30, 2013 Deposition of Stephen Delaney |

| Exhibit | Description |
|---------|-------------|
| POSJ 59 | Exhibit 15 to the Deposition of Antonio Fernandez-Stoll, CEL00068031 |
| POSJ 60 | Exhibit 3 to the Deposition of Michael Homer, CEL00078843 |
| POSJ 61 | Exhibit 3 to the Deposition of Peter Bar, CEL00024287 |
| POSJ 62 | CEL00067444 |
| POSJ 63 | Exhibit 47 to the Deposition of Anthony Puppi, CEL00282960 |
| POSJ 64 | Exhibit 12 to the Deposition of Stephen Delaney, CEL00008717 |
| POSJ 65 | Exhibit 18 to the Deposition of Robert Crandall, CEL00483180 |
| POSJ 66 | Exhibit 5 to the Deposition of Richard Burden, CEL00051871 |
| POSJ 67 | CEL00079165 |

| Exhibit | Description |
|---------|-------------|
| POSJ 68 | CEL00007679 |
| POSJ 69 | CEL00067666 |
| POSJ 70 | CEL00056636 |
| POSJ 71 | CEL00024379 |
| POSJ 72 | CEL00068464 |
| POSJ 73 | Exhibit 2 to the Deposition of John Boucher, CEL00028136 |
| POSJ 74 | Exhibit 4 to the Deposition of Antonio Fernandez-Stoll, CEL00056770 |
| POSJ 75 | Exhibit 1 to the Deposition of Robert Crandall, CEL00047797 |
| POSJ 76 | Exhibit 2  to the Deposition of Robert Crandall, CEL00068508 |

| Exhibit | Description |
|---------|-------------|
| POSJ 77 | Exhibit 7 to the Deposition of Michael Homer, CEL00080730 |
| POSJ 78 | Exhibit 6 to the Deposition of Antonio Fernandez-Stoll, CEL00068511 |
| POSJ 79 | Exhibit 42 to the Deposition of Stephen Delaney, CEL00080970 |
| POSJ 80 | Exhibit 43 to the Deposition of Stephen Delaney, CEL00100518 |
| POSJ 81 | Exhibit 16 to the Deposition of Stephen Delaney, CEL00068845 |
| POSJ 82 | Exhibit 15 to the Deposition of Stephen Delaney, CEL00068841 |
| POSJ 83 | Exhibit 44 to the Deposition of Stephen Delaney, CEL00047423 |
| POSJ 84 | Exhibit 1 to the Deposition of Frank Binder, CEL00056960 |
| POSJ 85 | Exhibit 4 to the Deposition of John Boucher, CEL00051874 |

| Exhibit | Description |
|---------|-------------|
| POSJ 86 | Exhibit 24 to the Deposition of Peter Bar, CEL00210429 |
| POSJ 87 | CEL00255029 |
| POSJ 88 | CEL00100733 |
| POSJ 89 | CEL00100735 |
| POSJ 90 | Exhibit 17 to the Deposition of Stephen Delaney, CEL00362743 |
| POSJ 91 | Exhibit 18 to the Deposition of Stephen Delaney, CEL00069132 |
| POSJ 92 | Exhibit 43 to the Deposition of Anthony Puppi, CEL00047208 |
| POSJ 93 | Exhibit 16 to the Deposition of Frank Binder,  CEL00047431 |
| POSJ 94 | CEL00061136 |

| Exhibit | Description |
|---|---|
| POSJ 95 | CEL00061140 |
| POSJ 96 | CEL00061145 |
| POSJ 97 | Exhibit 25 to the Deposition of Paul Nicoletti, CEL00041640 |
| POSJ 98 | CEL00101176 |
| POSJ 99 | CEL00101177 |
| POSJ 100 | Exhibit 24 to the Deposition of Paul Nicoletti, CEL00101291 |
| POSJ 101 | CEL00118671 |
| POSJ 102 | CEL00082048 |
| POSJ 103 | Exhibit 5 to the Deposition of Frank Binder, CEL00062077 |

| Exhibit | Description |
|---------|-------------|
| POSJ 104 | CEL00041723 |
| POSJ 105 | CEL00069704 |
| POSJ 106 | Exhibit 17 to the Deposition of Frank Binder, CEL00057298 |
| POSJ 107 | Exhibit 19 to the Deposition of Stephen Delaney, CEL00007747 |
| POSJ 108 | Exhibit 20 to the Deposition of Stephen Delaney,  CEL00008744 |
| POSJ 109 | Excerpts from the Expert Report of Chad Coffman, CFA, dated June 14, 2013 |
| POSJ 110 | Exhibit 21 to the Deposition of Stephen Delaney, CEL00057305 |
| POSJ 111 | Exhibit 7 to the Deposition of Antonio Fernandez-Stoll, CEL00119920 |
| POSJ 112 | CEL00082938 |

| Exhibit | Description |
|---------|------------|
| POSJ 113 | Exhibit 48 to the Deposition of Stephen Delaney, CEL00102382 |
| POSJ 114 | Exhibit 23 to the Deposition of Frank Binder, CEL00045500 |
| POSJ 115 | CEL00057355 |
| POSJ 116 | Exhibit 20 to the Deposition of Paul Nicoletti, CEL00045512 |
| POSJ 117 | CEL00102849 and attachment CEL00102850 |
| POSJ 118 | Exhibit 7 to the Deposition of Frank Binder, CEL00047549 |
| POSJ 119 | CEL00103312 |
| POSJ 120 | Exhibit 17 to the Deposition of Anthony Puppi, CEL00057390 |
| POSJ 121 | Exhibit 13 to the Deposition of Michael Homer, CEL00083664 |

| Exhibit | Description |
|---|---|
| POSJ 122 | CEL00083686 |
| POSJ 123 | CEL00325272 |
| POSJ 124 | CEL00325276 |
| POSJ 125 | Exhibit 17 to the Deposition of Peter Bar, CEL00042311 |
| POSJ 126 | CEL00042382 |
| POSJ 127 | Exhibit 23 to the Deposition of Stephen Delaney, CEL00057484 |
| POSJ 128 | Exhibit 18 to the Deposition of Peter Bar, CEL00057450 |
| POSJ 129 | Exhibit 18 to the Deposition of Anthony Puppi, CEL00008773 |
| POSJ 130 | CEL00042573 |

| Exhibit | Description |
|---------|-------------|
| POSJ 131 | Excerpted Exhibit 24 to the Deposition of Stephen Delaney, CEL00007814 |
| POSJ 132 | CEL00057673 |
| POSJ 133 | CEL00057678 |
| POSJ 134 | Exhibit 15 to the Deposition of Paul Nicoletti, CEL00023096 |
| POSJ 135 | Exhibit 2 to the Deposition of Frank Binder, CEL00047251 |
| POSJ 136 | CEL00057680 |
| POSJ 137 | Exhibit 18 to the Deposition of Frank Binder, CEL00084831 |
| POSJ 138 | Exhibit 13 to the Deposition of Alcatel Lucent, CEL00043011 |
| POSJ 139 | Exhibit 21 to the Deposition of Michael Homer, CEL00084974 |

| Exhibit | Description |
|---|---|
| POSJ 140 | Exhibit 25 to the Deposition of Stephen Delaney, CEL00117960 |
| POSJ 141 | CEL00084974 and attachment CEL00084976 |
| POSJ 142 | CEL00428521 |
| POSJ 143 | Exhibit 45 to the Deposition of Stephen Delaney, CEL00071237 |
| POSJ 144 | CEL00015734 |
| POSJ 145 | CEL00043281 and attachment CEL00043283 |
| POSJ 146 | CEL00057744 |
| POSJ 147 | Exhibit 9 to the Deposition of Frank Binder, CEL00476063 |
| POSJ 148 | Exhibit 13 to the Deposition of Robert Crandall, CEL00057780 |

| Exhibit | Description |
|---|---|
| POSJ 149 | Exhibit 27 to the Deposition of Anthony Puppi, CEL00061353 |
| POSJ 150 | CEL00057791 |
| POSJ 151 | Exhibit 14 to the Deposition of Robert Crandall, CEL00012885 |
| POSJ 152 | Exhibit 27 to the Deposition of Stephen Delaney, CEL00008216 |
| POSJ 153 | Exhibit 28 to the Deposition of Stephen Delaney, CEL00008795 |
| POSJ 154 | Excerpts of January 9, 2013 Deposition of Paul Nicoletti |
| POSJ 155 | CEL00484043 |
| POSJ 156 | Exhibit 25 to the Deposition of Michael Homer, CEL00086022 |
| POSJ 157 | Exhibit 31 to the Deposition of Stephen Delaney, CEL00357573 |

| Exhibit | Description |
|---|---|
| POSJ 158 | Exhibit 23 to the Deposition of Michael Homer, CEL00086169 |
| POSJ 159 | Exhibit 15 to the Deposition of Michael Homer, CEL00086225 |
| POSJ 160 | CEL00119419 |
| POSJ 161 | CEL00118071 |
| POSJ 162 | Exhibit 29 to the Deposition of Anthony Puppi, CEL00057998 |
| POSJ 163 | Exhibit 22 to the Deposition of Michael Homer, CEL00087332 |
| POSJ 164 | Exhibit 26 to the Deposition of Michael Homer, CEL00087056 |
| POSJ 165 | CEL00073340 |
| POSJ 166 | CEL00073344 |

| Exhibit | Description |
|---------|-------------|
| POSJ 167 | CEL00076418 |
| POSJ 168 | Exhibit 5 to the Deposition of William Etherington, CEL00307343 |
| POSJ 169 | Exhibit 44 to the Deposition of Anthony Puppi, CEL00047371 |
| POSJ 170 | Exhibit 17 to the Deposition of Michael Homer, CEL00087352 |
| POSJ 171 | CEL00048587 |
| POSJ 172 | CEL00019982 |
| POSJ 173 | Exhibit 32 to the Deposition of Stephen Delaney, CEL00060403 |
| POSJ 174 | CEL00118169 |
| POSJ 175 | Exhibit 6 to the Deposition of Robert Crandall, CEL00061723 |

| Exhibit | Description |
|---------|-------------|
| POSJ 176 | CEL00194463 |
| POSJ 177 | Exhibit 20 to the Deposition of Robert Crandall, CEL000483449 |
| POSJ 178 | CEL00074413 |
| POSJ 179 | CEL00047644 |
| POSJ 180 | Exhibit 32 to the Deposition of Anthony Puppi, CEL00058853 |
| POSJ 181 | Exhibit 34 to the Deposition of Stephen Delaney, CEL00008261 |
| POSJ 182 | Exhibit 28 to the Deposition of Paul Nicoletti, CEL00186468 |
| POSJ 183 | Exhibit 4 to the Deposition of Panasonic, CEL00119593 |
| POSJ 184 | Exhibit 21 to the Deposition of Robert Crandall, CEL000483449 |

| Exhibit | Description |
|---|---|
| POSJ 185 | Exhibit 32 to the Deposition of Paul Nicoletti, CEL00031835 |
| POSJ 186 | CEL00059059 |
| POSJ 187 | Exhibit 33 to the Deposition of Paul Nicoletti, CEL00031874 |
| POSJ 188 | Exhibit 46 to the Deposition of Stephen Delaney, CEL00109022 |
| POSJ 189 | Exhibit 11 to the Deposition of Paul Nicoletti. CEL00031963 |
| POSJ 190 | Exhibit 14 to the Deposition of William Etherington, CEL00033881 |
| POSJ 191 | Exhibit 47 to the Deposition of Stephen Delaney, CEL00396429 |
| POSJ 192 | CEL00219657 |
| POSJ 193 | Exhibit 9 to the Deposition of Gerald Schwartz, CEL00483582 |

| Exhibit | Description |
|---|---|
| POSJ 194 | Exhibit 11 to the Deposition of Robert Crandall, CEL00032356 |
| POSJ 195 | Exhibit 12 to the Deposition of Robert Crandall, CEL00034034 |
| POSJ 196 | Exhibit 51 to the Deposition of Stephen Delaney, CEL00399064 |
| POSJ 197 | Exhibit 50 to the Deposition of Stephen Delaney, CEL00396296 |
| POSJ 198 | Exhibit 14 to the Deposition of Panasonic, CEL00152841 |
| POSJ 199 | CEL00059944 |
| POSJ 200 | CEL00059948 |
| POSJ 201 | Exhibit 19 to the Deposition of Peter Bar, CEL00023031 |
| POSJ 202 | Exhibit 23 to the Deposition of Robert Crandall, CEL004838 |

| Exhibit | Description |
|---------|-------------|
| POSJ 203 | Exhibit 38 to the Deposition of Stephen Delaney, CEL00045710 |
| POSJ 204 | Exhibit 12 to the Deposition of Frank Binder, CEL00218573 |
| POSJ 205 | CEL00032674 |
| POSJ 206 | Exhibit 14 to the Deposition of Gerald Schwartz, CEL00483845 |
| POSJ 207 | Exhibit 15 to the Deposition of Gerald Schwartz, CEL00483846 |
| POSJ 208 | Exhibit 13 to the Deposition of Frank Binder, CEL00399824 |
| POSJ 209 | CEL00036772 |
| POSJ 210 | CEL00188624 |
| POSJ 211 | CEL00063187 attaching CEL00063190 |

| Exhibit | Description |
|---------|-------------|
| POSJ 212 | Exhibit 22 to the Deposition of John Boucher, CEL00110914 |
| POSJ 213 | Exhibit 51 to the Deposition of Anthony Puppi, CEL00307832 |
| POSJ 214 | Exhibit 40 to the Deposition of Stephen Delaney, CEL00008845 |
| POSJ 215 | Excerpts from the April 17, 2013 Deposition of Eric Lundquist |
| POSJ 216 | CEL00034956 |
| POSJ 217 | Exhibit 41 to the Deposition of Steve Delaney |
| POSJ 218 | Exhibit 26 to the Deposition of Robert Crandall, CEL00482496 |
| POSJ 219 | Exhibit 28 to the Deposition of Robert Crandall, CEL00482633 |
| POSJ 220 | Exhibit 11 to the Deposition of Gerald Schwartz, CEL00399769 |

| Exhibit | Description |
|---|---|
| POSJ 221 | Exhibit 13 to the Deposition of Paul Nicoletti, CEL00023096 |
| POSJ 222 | Exhibit 14 to the Deposition of Paul Nicoletti, CEL00035156 |
| POSJ 223 | Excerpts from the March 21, 2013 Deposition of Gerald Schwartz |
| POSJ 224 | Exhibit 30 to the Deposition of Robert Crandall, CEL00482728 |
| POSJ 225 | Exhibit to 17 the Deposition of Panasonic CEL00033321 |
| POSJ 226 | CEL00033460 |
| POSJ 227 | Exhibit 15 to the Deposition of Peter Bar, CEL00033448 |
| POSJ 228 | Exhibit 39 to the Deposition of Anthony Puppi, CEL00008355 |
| POSJ 229 | Exhibit 18 to the Deposition of Thomas Porter, CEL00219658 |

| Exhibit | Description |
|---------|-------------|
| POSJ 230 | Exhibit 13 to the Deposition of Gerald Schwartz, CEL00482173 |
| POSJ 231 | Exhibit 40 to the Deposition of Anthony Puppi, CEL00008872 |
| POSJ 232 | Exhibit 20 to the Deposition of Peter Bar,  CEL00035352 |
| POSJ 233 | CEL00178025 attaching CEL00178028 |
| POSJ 234 | CEL00231794 |
| POSJ 235 | CEL00200099 |
| POSJ 236 | Exhibit 15 to the Deposition of Frank Binder, CEL00023183 |
| POSJ 237 | Exhibit 17 to the Deposition of Thomas Porter, CEL00121631 |
| POSJ 238 | Exhibit 16 to the Deposition of Peter Bar, CEL00024287 |

| Exhibit | Description |
|---------|-------------|
| POSJ 239 | Exhibit 18 to the Deposition of Paul Nicoletti, CEL00035589 |
| POSJ 240 | CEL00008364 |
| POSJ 241 | CEL00008889 |
| POSJ 242 | Exhibit 11 to the Deposition of Alcatel-Lucent, Alcatel-Lucent 011586 |
| POSJ 243 | Excerpts from the February 8, 2013 Deposition of Richard Burden |
| POSJ 244 | Excerpts from the Expert Report of Greg J. Regan, dated June 28, 2013 |
| POSJ 245 | Exhibit 12 to the Deposition of Thomas Porter, CEL00121324 |
| POSJ 246 | CEL00215404 |
| POSJ 247 | Exhibit 38 to the Deposition of Peter Bar, CEL00220294 |

| Exhibit | Description |
|---|---|
| POSJ 248 | Excerpts from the September 26, 2013, Deposition of Thomas Porter |
| POSJ 249 | CLS-DALI-00213 attaching CLS-DALI-00215 |
| POSJ 250 | CLS-MILL-00141 |
| POSJ 251 | CLS-CARP-00262 |
| POSJ 252 | Excerpts from the Expert Report of Vinita M. Juneja, Ph.D., dated August 6, 2013 |
| POSJ 253 | Excerpts from the Expert Report of Chad Coffman, CFA, in Reply to the Expert Report of Dr. Vinita M. Juneja Dated August 6, 2013, dated September 10, 2013 |
| POSJ 254 | Exhibit 53 to the Deposition of Stephen Delaney, CEL00006407 |
| POSJ 255 | Exhibit 23 to the Deposition of Peter Bar, CEL00024176 |
| POSJ 256 | CEL00073772 |

| Exhibit | Description |
|---------|-------------|
| POSJ 257 | Exhibit 35 to the Deposition of Stephen Delaney, CEL00008819 |
| POSJ 258 | CEL00050592 |
| POSJ 259 | CEL00188671 |
| POSJ 260 | Excerpts from the June 4, 2013 Deposition of Peter Bar |
| POSJ 261 | Exhibit 33 to the Deposition of Peter Bar, CEL00213599 |
| POSJ 262 | Exhibit 34 to the Deposition of Peter Bar, CEL00213784 |
| POSJ 263 | Exhibit 13 to the Deposition of Avaya, CEL00187331 |
| POSJ 264 | Exhibit 15 to the Deposition of Avaya |
| POSJ 265 | CEL00082559 |

| Exhibit | Description |
|---------|-------------|
| POSJ 266 | CEL00102684 |
| POSJ 267 | Exhibit 11 to the Deposition of Donna Singh, CEL00282939 |
| POSJ 268 | CEL00190702 |
| POSJ 269 | CEL00036208 |
| POSJ 270 | Excerpts from the Rebuttal Report of Greg J. Regan, dated October 2, 2013 |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 20, 2013.

*Joseph Fonti*

JOSEPH A. FONTI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | x | |
| | : | |
| | : | Civil Action No.:  07-CV-00312-GBD |
| | : | |
| IN RE CELESTICA INC. SEC. LITIG. | : | (ECF CASE) |
| | : | |
| | : | Hon. George B. Daniels |
| | : | |
| | : | |
| | x | |

<u>**CERTIFICATE OF SERVICE**</u>

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on December 20, 2013, I caused to be served upon the following, by electronic mail, a true copy of the Declaration of Joseph A. Fonti in Support of Lead Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion For Summary Judgment and accompanying exhibits.

Phillip A. Geraci, Esq (phillip.geraci@kayescholer.com)
Kaye Scholer
425 Park Avenue
New York, NY 10022-3598
United States

Dated: December 20, 2013

*Joseph Fonti*

Joseph A. Fonti