UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE CELESTICA INC. SEC. LITIG. | x<br>:<br>:<br>:<br>:<br>:<br>:<br>x | Civil Action No.: 07-CV-00312-GBD<br><br>(ECF CASE)<br><br>Hon. George B. Daniels |

**NOTICE OF CLASS REPRESENTATIVES' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT AND
<u>APPROVAL OF NOTICE TO THE CLASS</u>**

PLEASE TAKE NOTICE that Class Representatives, New Orleans Employees' Retirement System and Drywall Acoustic Lathing and Insulation Local 675 Pension Fund, on behalf of the Class, will move this Court on May 6, 2015 at 9:45 am, or such other date and time set by the Court, for an Order, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure: (a) preliminarily approving the proposed Settlement; (b) approving the proposed form of the notice and summary notice of the Settlement; (c) approving the proposed methods of disseminating notice to the certified class; (d) setting a date for the Settlement Hearing; and (e) such other and further relief as this Court deems just and proper.  Defendants do not oppose the motion.

Class Representatives are contemporaneously herewith filing a memorandum of law and Declaration of James W. Johnson, dated April 17, 2015, with annexed exhibits, in support of this Motion.

A proposed Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement, which was negotiated by the parties to the Settlement, is also submitted herewith.

DATED:  April 17, 2015                                                   Respectfully submitted,

By: /s/ *James W. Johnson*
Thomas A. Dubbs
James W. Johnson
Thomas G. Hoffman, Jr.
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
(212) 907-0700

*Lead Counsel for Class Representatives New Orleans Employees' Retirement System and Drywall Acoustic Lathing and Insulation Local 675 Pension Fund and Class Counsel for the Class*

Joseph A. Fonti
Stephen W. Tountas
**BLEICHMAR FONTI TOUNTAS**
 **& AULD LLP**
7 Times Square, 27th Floor
New York, NY  10036
(212) 789-1340

*Of Counsel for the Class*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2015, I caused the foregoing Notice of Class Representatives' Unopposed Motion for Preliminary Approval of Settlement and Approval of Notice to the Class to be served electronically on all ECF participants.

/s/   *James W. Johnson*
James W. Johnson