UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
: Civil Action No.: 07-CV-00312-GBD
:
IN RE CELESTICA INC. SEC. LITIG.   : (ECF CASE)
:
: Hon. George B. Daniels
:
---------------------------------------------------------x

### NOTICE OF CLASS REPRESENTATIVES' MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION

PLEASE TAKE NOTICE that Class Representatives, New Orleans Employees' Retirement System and Drywall Acoustic Lathing and Insulation Local 675 Pension Fund ("Class Representatives"), on behalf of the Class, through counsel, will move this Court on July 28, 2015, before the Honorable George B. Daniels for orders, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) granting final approval of the proposed Settlement; and (2) approving the proposed Plan of Allocation.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Class Representatives submit and are filing herewith the: (1) Memorandum of Law in Support of Class Representatives' Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation, dated June 23, 2015; and (2) Declaration of James W. Johnson in Support of Class Representatives' Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation and Class Counsel's Motion for Award of Attorneys' Fees and Payment of Litigation Expenses, dated June 23, 2015, with annexed exhibits.

Proposed orders will be submitted with Class Representatives' reply submission on or before July 21, 2015.

DATED:  June 23, 2015

Respectfully submitted,

By: /s/ *James W. Johnson*
Thomas A. Dubbs
James W. Johnson
Thomas G. Hoffman, Jr.
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
(212) 907-0700

*Lead Counsel for Class Representatives New Orleans Employees' Retirement System and Drywall Acoustic Lathing and Insulation Local 675 Pension Fund and Class Counsel for the Class*


Joseph A. Fonti
Stephen W. Tountas
**BLEICHMAR FONTI TOUNTAS & AULD LLP**
7 Times Square, 27th Floor
New York, NY  10036
(212) 789-1340

*Of Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2015, I caused the foregoing Notice of Class Representatives' Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation to be served electronically on all ECF participants.

/s/   *James W. Johnson*
James W. Johnson

3