UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE CELESTICA INC. SEC. LITIG. | x<br>:  Civil Action No.:  07-CV-00312-GBD<br>:<br>:  (ECF CASE)<br>:<br>:  Hon. George B. Daniels<br>:<br>x |

### NOTICE OF CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEYS FEES AND PAYMENT OF LITIGATION EXPENSES

PLEASE TAKE NOTICE that Labaton Sucharow LLP, Court-appointed Class Counsel and counsel for New Orleans Employees' Retirement System and Drywall Acoustic Lathing and Insulation Local 675 Pension Fund ("Class Representatives"), will move this Court on July 28, 2015, before the Honorable George B. Daniels for an order, pursuant to Rules 23 and 54 of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, 15 U.S.C. §78u-4(a)(4) ("PSLRA"): (1) awarding attorneys' fees; (2) paying litigation expenses incurred in prosecuting the Action; and (3) reimbursing Class Representative New Orleans Employees' Retirement System for its reasonable costs and expenses (including lost wages) directly related to the representation of the Class, pursuant to the PSLRA.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Class Counsel submits and s filing herewith: (1) Class Counsel's Memorandum of Law in Support of Motion for Award of Attorneys' Fees and Payment of Litigation Expenses, dated June 23, 2015; and (2) the Declaration of James W. Johnson in Support of Class Representatives' Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation and Class Counsel's

Motion for Award of Attorneys' Fees and Payment of Litigation Expenses, dated June 23, 2015, with annexed exhibits.

 A proposed order will be submitted with Class Counsel's reply submission on or before July 21, 2015.

DATED:  June 23, 2015    Respectfully submitted,

    By: /s/ *James W. Johnson*
    Thomas A. Dubbs
    James W. Johnson
    Thomas G. Hoffman, Jr.
    **LABATON SUCHAROW LLP**
    140 Broadway
    New York, NY 10005
    (212) 907-0700

    *Lead Counsel for Class Representatives New Orleans Employees' Retirement System and Drywall Acoustic Lathing and Insulation Local 675 Pension Fund and Class Counsel for the Class*


    Joseph A. Fonti
    Stephen W. Tountas
    **BLEICHMAR FONTI TOUNTAS & AULD LLP**
    7 Times Square, 27th Floor
    New York, NY  10036
    (212) 789-1340

    *Of Counsel for the Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2015, I caused the foregoing Notice of Class Counsel's Motion for Award of Attorneys' Fees and Payment of Litigation Expenses to be served electronically on all ECF participants.

/s/   *James W. Johnson*
James W. Johnson

3